# Third District Court of Appeal

## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1026
Lower Tribunal No. 12-43919

————————

**Robert Mendez,**
Appellant,

vs.

**HSBC Bank USA, N.A., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Law Offices of Richard G. Chosid, and Richard G. Chosid (Boca Raton), for appellant.

DeLuca Law Group, PLLC, and Brandi Wilson (Fort Lauderdale), for appellee.

Before EMAS, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.